An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION
FOR CUSTODY AS TO C.D.

CURTIS L.D.,
Appellant,
vs.
GLENN G.; PENNY G.; AND SHANDA H.,
Respondents.

No. 62551

**FILED**

MAR 07 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a stipulated order and an order denying a summary judgment motion in a child custody matter. Eighth Judicial District Court, Clark County; Gayle Nathan, Judge.

Our review of this appeal reveals a jurisdictional defect. Appellant seeks to challenge the entry of a stipulation reached between the respondents[1] and a subsequent order denying him summary judgment, neither of which are final, appealable orders because they do not dispose of all the issues in the case. See Lee v. GNLV Corp., 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (explaining that a final judgment is one that disposes of all the issues presented in the case, including all counterclaims, and leaves nothing for future consideration of the court, except certain post-judgment matters).

As no statute or court rule authorizes an appeal from the challenged orders, they are not substantively appealable. See NRAP 3A(b)

---

[1]The child's mother, Shanda H., was a party to the proceedings below, but was not identified as a respondent in this matter. Thus, we direct the clerk of this court to amend this court's docket to conform to the caption on this order.

13-07056

(listing orders and judgments from which an appeal may be taken); see also Taylor Constr. Co. v. Hilton Hotels, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Thus, we lack jurisdiction to consider this appeal and we order this appeal dismissed. When the district court enters a final order, if appellant is aggrieved by that order, he may appeal. See NRAP 3A(b)(1).

It is so ORDERED.[2]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Gayle Nathan, District Judge
Curtis L.D.
Roberts Stoffel Family Law Group
Eighth District Court Clerk

---

[2]In light of this order, we deny appellant's emergency motion for stay as moot.